In the Matter of the Accounting of FRANK J. MAGUIRE, as Executor and Trustee under the Will of JOSEPHINE V. BLODGETT, Deceased, Appellant.

NATHAN E. BLODGETT et al., Respondents.

Argued January 5, 1942; decided January 15, 1942.

754

*Benjamin E. Shove* for motion.

*Kenneth B. Keating, Horace E. Whiteside, Edward N. Mills* and *Thomas M. Nichols* opposed.

Motion denied, with ten dollars costs.